AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

VICTOR VARGAS
a/k/a Samuel Ortiz, Luis A. Ocasio

**WARRANT FOR ARREST**

CASE NUMBER: 04-10126-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _VICTOR VARGAS a/k/a Samuel Ortiz, Luis A. Ocasio_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
making a false statement on a passport application, misuse of a social security number, and possession of an unlawful identification document with intent to defraud the United States

in violation of Title __18__ United States Code, Section(s) _1542, 42 USC 408(a)(7)(B) & 18 USC 1028(a)(4)_

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: Operations Supervisor

Date and Location: 4/21/04 Boston, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY DSS
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/2/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Victor Vargas

ALIAS: Samuel Ortiz, Luis A. Ocasio

LAST KNOWN RESIDENCE: 20 Greenheys Street, Dorchester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Dominican Republic

DATE OF BIRTH (4 digit year): 00-00-1960

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3421

HEIGHT: _____   WEIGHT: _____

SEX: male   RACE: white/hispanic

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 716281VA9

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Dept. of State, Diplomatic Security Service, O'Neill Federal Building, 10 Causeway Street, Suite 1001A, Boston, MA 02222-1078