UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. CR04-10126 RWZ

UNITED STATES OF AMERICA

V.

VICTOR VARGAS

### ORDER ON DETENTION

ALEXANDER, M.J.

The defendant, Victor Vargas, appeared before this Court on November 30, 2004, for a hearing on detention pursuant to an indictment charging him with a violation of 18 U.S.C. § 1542 (false statements in passport application), 42 U.S.C. § 408(a)(7)(B) (misuse of social security number), and 18 U.S.C. § 1028(a)(4) (possession of unlawful identification document with intent to defraud). Attorney Charles McGinty represented the defendant and Assistant United States Attorney Sandra Bower appeared on behalf of the government.

At the hearing, Mr. Vargas waived his right to a detention hearing and consented to detention. Accordingly, the Court ORDERED the defendant, Victor Vargas, DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

| | |
|---|---|
| 12/13/04 | /S/ Joyce London Alexander |
| Date | United States Magistrate Judge |