UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                          CRIMINAL NO.  04-CR-10126-RWZ

v.

VICTOR VARGAS

## JOINT MOTION FOR EXCLUDABLE DELAY

At the status conference on February 22, 2005, defense counsel requested additional time to further discuss the case with his client and to determine whether the case will be resolved by trial or plea.  The Court granted this request and scheduled the final status conference for 3 p.m. March 15, 2005.   Therefore, the parties agree, and request the Court to order,  that the period between February 22, 2005, and March 15, 2005,  be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial.

WHEREFORE, the parties request that the period of February 22, 2005, to March 15, 2005,   be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower for          By:    /s/ Sandra S. Bower
    CHARLES McGINTY                         SANDRA S. BOWER
    Federal Defender's Office               Assistant U.S. Attorney
    408 Atlantic Ave.                       U. S. Attorney's Office
    Boston, MA 02210                        John Joseph Moakley
                                            United States Courthouse
                                            1 Courthouse Way, Suite 9200
                                            Boston, MA  02210