UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

VICTOR VARGAS

CRIMINAL NO. 04-CR-10126-RWZ

## JOINT MOTION FOR EXCLUDABLE DELAY

As agreed to orally at the status conference on January 11, 2005, the parties respectfully request the Court to order the period from November 10, 2004, to February 22, 2005, excluded under the Speedy Trial Act. In support of this request, the parties state the following:

1) The period of November 10, 2004, to December 8, 2004, is excludable pursuant to Local Rule 112.2.

2) The period of December 8, 2004, through January 11, 2005, should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial.

3) The Court ordered that pretrial motions must be filed on or before February 22, 2005, and scheduled the final status conference for that date as well. The parties further agreed at the initial status conference that this additional period also should be excluded.

FILED
In Open Court
USDC, Mass.
Date 2-22-05
By [signature]
Deputy Clerk

2/22/05 [signature], M.J. Allowed

WHEREFORE, the parties request that the period of November 10, 2004, to February 22, 2005, be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Charles McGinty
CHARLES McGINTY
Federal Defender's Office
408 Atlantic Ave.
Boston, MA 02210

By: /s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210