UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    CRIMINAL NO.  04-CR-10126-RWZ

v.

VICTOR VARGAS

JOINT MOTION FOR EXCLUDABLE DELAY FOR
THE PERIOD MARCH 15, 2005, THROUGH APRIL 26, 2005

At the status conference on March 15, 2005, defense counsel requested additional time to further discuss the case with his client and to determine whether the case will be resolved by trial or plea.  The Court granted this request and scheduled the final status conference for 2 p.m. April 26, 2005.   Therefore, the parties agree, and request the Court to order, that the period between March 15, 2005, and April 26, 2005, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial.

WHEREFORE, the parties request that the period of March 15, 2005, through April 26, 2005, be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower for         By:   /s/ Sandra S. Bower
    CHARLES McGINTY                       SANDRA S. BOWER
    Federal Defender's Office             Assistant U.S. Attorney
    408 Atlantic Ave.                     U. S. Attorney's Office
    Boston, MA 02210                      John Joseph Moakley
                                          United States Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA  02210