UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-CR-10126-RWZ

UNITED STATES OF AMERICA

v.

VICTOR VARGAS

## JOINT MOTION FOR EXCLUDABLE DELAY

The parties respectfully request the Court to enter an Order excluding the following periods of delay under the Speedy Trial Act:

1) November 10, 2004, through December 8, 2004 due to arraignment and discovery process, pursuant to Local Rule 112.2(2);

2) December 8, 2004, through January 11, 2005; and January 11, 2005, through February 22, 2005, in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. §3161(h)(8)(A).

The parties have previously filed a joint motion for excludable delay for the period February 22, 2005, through March 15, 2005.

WHEREFORE, the parties request that the above periods be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Charles McGinty
CHARLES McGINTY
Federal Defender's Office
408 Atlantic Ave.
Boston, MA 02210

By: /s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
United States Courthouse
Boston, MA 02210

3/15/05 [handwritten notation], M.J. allowed