UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10126 RWZ

VICTOR VARGAS
     Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On April 26, 2005, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. Supplemental discovery anticipated includes a copy of the defendant's A-file to be provided to defense counsel by the government;

4. The applicable periods of excludable delay under the Speedy Trial Act include: November 10, 2004, through December 8, 2004 (28 days); December 8, 2004, through January 11, 2005 (34 days); January 11, 2005, through February 22, 2005 (42 days); February 22, 2005, through March 15, 2005 (21 days); and March 15, 2005, through April 26, 2005 (42 days), for a total of one hundred and sixty-seven (167) days as of April 26, 2005. The total amount of time to proceed to trial is seventy (70) days as of April 26, 2005. There are no pending or anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has requested notice of alibi and the defendant agrees to furnish information regarding alibi forty-five (45) days prior to trial;

7. There are no anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial except for trial-related motions in limine;

8. There is no need for a schedule concerning any matter in the case other than trial;

9. Early resolution of the case without trial is unclear at this time;

10. Trial is necessary. The estimated duration of the trial is three (3) days;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Rex Brown
    Courtroom Clerk

April 26, 2005
Date