UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10126 RWZ |
| | ) | |
| VICTOR VARGAS | ) | |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States of America and defendant Victor Vargas submit this joint memorandum addressing the issues set forth in Local Rule 116.5(C)(1) through (9).

(C)(1)

There are no outstanding discovery issues.

(C)(2)

The government is providing to defendant a copy of his A-file. The parties do not anticipate additional discovery.

(C)(3)

Defendant does not intend to raise issues of insanity or public authority.

(C)(4)

The government did request notice of alibi and defendant agrees to furnish information regarding alibi 45 days before trial.

(C)(5)

Defendant does not intend to file a motion to suppress statements or other motion requiring a ruling from the district court (except trial-related motions in limine).

(C)(6)

There is no need to schedule any matter, except trial.

(C)(7)

The parties have had initial discussions about the possibility of an early resolution of the case without a trial.

(C)(8)

On March 23, 2005, the parties filed a joint motion seeking to exclude the period from March 15, 2005 to today (April 26, 2005).

(C)(9)

The government estimates that trial of its case would take three days.

| United States Attorney | Victor Vargas |
|---|---|
| | By his attorney, |

By: *Sandra S. Bower*
Sandra Bower
Assistant U.S. Attorney

*Charles P. McGinty*
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210
Tel: 617-223-8061

April 26, 2005

-2-