UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL NO. 04-CR-10126-RWZ

v.

VICTOR VARGAS

## JOINT MOTION FOR EXCLUDABLE DELAY FOR THE PERIOD MAY 18, 2005, THROUGH JULY 18, 2005

At the pre-trial conference on May 18, 2005, defense counsel requested that trial in this case be scheduled for July 18, 2005, in order to provide additional time to further discuss the case with his client, to determine whether the case will be resolved by trial or plea, and to adequately prepare for trial. The Court granted this request and scheduled trial for July 18, 2005. Therefore, the parties agree, and request the Court to order, that the period between May 18, 2005, and July 18, 2005, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. A proposed order is attached to this motion.

WHEREFORE, the parties request that the period of May 18, 2005, through July 18, 2005, be excluded for purposes of the Speedy Trial Act.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By: _____       By: _____
    CHARLES McGINTY                          SANDRA S. BOWER
    Federal Defender's Office                 Assistant U.S. Attorney
    408 Atlantic Ave.                               U. S. Attorney's Office
    Boston, MA 02210                            John Joseph Moakley
                                              United States Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA  02210