UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10126-RWZ |
| ) | |
| ) | |
| VICTOR VARGAS ) | |

### ORDER OF EXCLUDABLE DELAY

After consideration of the parties' joint motion, it is hereby ORDERED, pursuant to 18 U.S.C. § 3161(h)(8)(A) that the period of May 18, 2005, through July 18, 2005, is excluded under the Speedy Trial Act in computing the time within which the defendant must be tried in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial.

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

May 31, 2005
Date