UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | CRIMINAL No. 04-10126-RWZ |
| VICTOR VARGAS | ) | |
| Defendant. | ) | |

UNITED STATES' EXHIBIT LIST

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1A | Application for United States passport, Form DSP-11, in the name of Samuel Ortiz, submitted 6/13/01 | | | |
| 1B | Puerto Rican Birth Certificate- Samuel Ortiz Cosme | | | |
| 1C | Massachusetts ID card number S13647402 (Samuel Ortiz); Brigham and Women's Hospital card (Samuel Cosme); American Express card (Samuel Ortiz) | | | |
| 1D | Letter from Attorney Sean T. Delaney to Boston Inspectional Services Department, re: ABC Grocery/Samuel Ortiz, dated 4/25/01 | | | |
| 1E | Sovereign Bank New England letter re: Samuel Ortiz account, dated 5/16/01 | | | |
| 1F | Phone bill for Samuel Cosme, dated 5/24/01 | | | |
| 2 | Fingerprint card (10 print) taken by DSS agents on 3/5/03 | | | |

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 3 | Index print from Vargas A-file for Legal Resident Alien card | | | |
| 4 | Fingerprint comparison chart/left thumb | | | |
| 5 | Fingerprint comparison chart/right thumb | | | |
| 6 | Massachusetts Motor Vehicle Registry change of information form for Massachusetts identification card in name of Samuel Ortiz, dated 6/1/00 | | | |
| 7 | Social Security certification: ▮▮▮▮ not assigned to Victor Vargas | | | |
| 8 | Social Security certification re: ▮▮▮▮ | | | |
| 9 | Social Security certification re: ▮▮▮▮ ▮1 assigned to Victor Vargas | | | |

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:   /s/ Sandra S. Bower
      SANDRA S. BOWER
      Assistant U.S. Attorney
      U. S. Attorney's Office
      John Joseph Moakley
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      617-748-3184