UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                           Criminal No. 04-10126-RWZ

VICTOR VARGAS
      Defendant.

_____

## UNITED STATES' WITNESS LIST

Special Agent Brent Brown
Diplomatic Security Service
U.S. Department of State
Washington, DC

Teresita Cote
National Passport Center
U.S. Department of State
Portsmouth, NH

Jacqui Crist
U.S. Postal Service
Boston, MA

Thomas Liskiewicz
Senior Fingerprint Specialist
Forensic Document Laboratory
U.S. Department of Homeland Security
Immigration and Customs Enforcement
McLean, VA

Mara Pioro
Fraud Prevention Manager
Boston Passport Agency
U.S. Department of State
Boston, MA

Karen Pizza
Fraud Prevention Manager
National Passport Center
U.S. Department of State
Portsmouth, NH

1

Joann Sassone
Records and Information Services Officer
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Boston, MA

 

 

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Sandra S. Bower
     SANDRA S. BOWER
     Assistant U.S. Attorney
     U. S. Attorney's Office
     John Joseph Moakley
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210