UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       v.                        Criminal No. 04-10126-RWZ

VICTOR VARGAS
       Defendant.

## UNITED STATES' SUPPLEMENTAL WITNESS LIST

Mark Annotti
Immigration Enforcement Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement
Boston, MA

Captain Amilcar Cruz
Plymouth County Correctional Facility
Plymouth, MA

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                        By:   /s/ Sandra S. Bower
                                       SANDRA S. BOWER
                                       Assistant U.S. Attorney
                                       U. S. Attorney's Office
                                       John Joseph Moakley
                                       United States Courthouse
                                       1 Courthouse Way, Suite 9200
                                       Boston, MA  02210