UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 04-10126-RWZ

VICTOR VARGAS
a/k/a Samuel Ortiz

### VERDICT

WE, THE JURY, FIND THE DEFENDANT, VICTOR VARGAS:

ON COUNT 1 OF THE INDICTMENT (False Statement in Passport Application):

___✓___   GUILTY

_____   NOT GUILTY

ON COUNT 2 OF THE INDICTMENT (Misuse of Social Security Number):

___✓___   GUILTY

_____   NOT GUILTY

ON COUNT 3 OF THE INDICTMENT (Possession of Unlawful Identification Document to Defraud the United States):

___✓___   GUILTY

_____   NOT GUILTY

7/19/05                         Eva G. Greenwood
DATE                            FOREPERSON'S SIGNATURE