UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10126-RWZ |
| | ) | |
| VICTOR VARGAS | ) | |

<u>NOTICE OF APPEAL</u>

Defendant Victor Vargas hereby appeals the conviction, judgment and sentence, imposed in the above-numbered indictment on October 18, 2005, to the United States Court of Appeals for the First Circuit.

                                              VICTOR VARGAS
                                              By his attorney,

                                              /s/ Charles P. McGinty

                                              Charles P. McGinty
                                                B.B.O. #333480
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

October 27, 2005