# United States Court of Appeals
## For the First Circuit

---

No. 05-2826

UNITED STATES OF AMERICA,

Appellee,

v.

VÍCTOR R. VARGAS,

Defendant, Appellant.

---

**JUDGMENT**

Entered: December 22, 2006

---

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Víctor R. Vargas is affirmed.

...ied and issued as Mandate  
...der Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/18/07

By the Court:  
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. McGinty, Ms. Bower, Ms. Chaitowitz, & Mr. Kromm.]